**08 CV 01339**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
LYON FINANCIAL SERVICES, INC.,           : 08- Civ.____
d/b/a U.S. BANK PORTFOLIO SERVICES,      :
for the benefit of U.S. BANK NATIONAL    :
ASSOCIATION, as Trustee,                 :
                                         :
                       Plaintiff, :
                                         :
      -against-                        :
                                         :
RONALD LISSAK,                           :
                                         :
                      Defendant. :
                                         :
-----------------------------------------------------------X

[RECEIVED FEB 11 2008]

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO
RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, Lyon Financial Services, Inc. d/b/a U.S. Bank Portfolio Services, for the benefit of U.S. Bank National Association as Trustee, by its undersigned counsel, hereby makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.     Parent Corporation of Lyon Financial Services, Inc. ("Lyon"): U.S. Bancorp Equipment Finance, Inc., which is entirely owned by U.S. Bank, N.A., which is entirely owned by U.S. Bancorp.

-2-

2.  Publicly-held Corporation that Owns 10% or more of Lyon's stock: U.S. Bancorp.

Dated: New York, New York
       February 11, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

By: /s/ Susan Rosenthal
Susan Rosenthal (SR 8246)
Lisa Lewis (LL 6695)

30 Rockefeller Plaza, Suite 2400
New York, NY 10112
Tel: (212) 332-3800
Fax: (212) 332-3888

*Attorneys for Plaintiff*