

Writer's Direct Line: 212-332-3816
lmlewis@sheppardmullin.com

April 1, 2008

Our File Number: 0YWK-121588



**VIA FEDERAL EXPRESS**

Honorable Naomi R. Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

Re: <u>Lyon Financial Services, Inc. v. Lissak</u>, SDNY Case No. 08 cv 1339 - NRB

Dear Judge Buchwald:

      This firm represents Plaintiff Lyon Financial Services, Inc. ("Plaintiff") and we are writing in response to the Court's recent inquiry regarding the status of the above-referenced action. This action involves claims for breach of guaranties entered into by Defendant Ronald Lissak ("Defendant") in order to secure financing for certain medical imaging companies owned and operated by Defendant. The medical imaging companies later defaulted on their lease obligations and subsequently filed for bankruptcy protection under Chapter 11 in the United States Bankruptcy Court for the District of New Jersey. The bankruptcy cases filed by those medical imaging companies have been combined, along with several additional cases filed by other related medical imaging entities, and are now pending as a jointly administered action under the caption <u>In re: Integral Nuclear Associates, LLC, et al.</u>, Case No. 07-15183.

      Over the last couple of months, both Plaintiff and Defendant, along with the debtors and other creditors, have been engaged in discussions in an effort to negotiate the details of a bankruptcy plan for filing with the Bankruptcy Court. During the course of those discussions, Plaintiff provided Defendant with several extensions on its time to answer the Complaint filed in this action since it appeared that a proposed bankruptcy plan could involve a resolution of the claims before this Court. A draft bankruptcy plan has now been circulated, but has not yet been filed in the Bankruptcy Court.



SHEPPARD MULLIN RICHTER & HAMPTON LLP

Honorable Naomi R. Buchwald
April 1, 2008
Page 2



    At this point, Plaintiff and Defendant are in discussions regarding the possible execution of a stipulated consent judgment which would resolve all claims asserted in this action. In the meantime, Plaintiff has provided Defendant with a final extension of his time to answer the Complaint until April 11, 2008. If the parties do not execute a stipulated consent judgment by April 11, 2008, then Defendant must file an answer by that date in order to avoid default.

*So Ordered. Naomi [signature] 4/4/08*

    Please let us know if you have any questions or need any additional information regarding the status of this matter.

Very truly yours,

*[signature]*

Lisa Lewis

for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

W02-EAST:7LAL1\200078481.1

cc:    Ronald Lissak (via email)