Buchwald, J

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
LYON FINANCIAL SERVICES, INC., : 08 CV 1339 - NRB
d/b/a U.S. BANK PORTFOLIO SERVICES, :
for the benefit of U.S. BANK NATIONAL :
ASSOCIATION, as Trustee, :
 :
                      Plaintiff, : **STIPULATION AND ORDER**
 : **FOR ENTRY OF JUDGMENT**
     -against- :
 :
RONALD LISSAK, :
 :
                    Defendant. :
 :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

WHEREAS, on or about February 11, 2008, Plaintiff Lyon Financial Services, Inc. d/b/a U.S. Bank Portfolio Services, for the benefit of U.S. Bank National Association as Trustee, ("Plaintiff") commenced this action against Defendant Ronald Lissak ("Defendant") by filing a summons and complaint (the "Complaint"); and

WHEREAS, the parties have from time to time extended the time for Defendant to file an answer to the Complaint; and

WHEREAS, the parties have agreed to resolve all claims asserted in the Complaint and to settle this action without the need for further litigation between them;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, by their undersigned counsel, and by Defendant, as follows:

    1.    The foregoing paragraphs are incorporated herein by reference.

2.  Defendant consents to the immediate entry by the Clerk, without further notice, of a Judgment substantially in the form annexed hereto as Exhibit A as follows:

    (a) On Count One against Defendant in the sum of $383,000, plus statutory interest; and

    (b) On Count Two against Defendant in the sum of $450,000, plus statutory interest.

3.  Plaintiff agrees to forbear from enforcing the Judgment against Defendant as more fully set forth in the terms of a Forbearance Agreement to be entered into between the parties, except that Plaintiff may docket such Judgment in any appropriate jurisdiction at any time.

4.  This Stipulation and Order constitutes the entire agreement between the parties and may not be modified except in writing signed by the parties.

5.  An Order of this Court may be entered upon this Stipulation without further notice to any party or further Order of the Court.

SHEPPARD, MULLIN, RICHTER
    & HAMPTON LLP
*Attorneys for Plaintiff*

By: *[signature]*
Susan G. Rosenthal
Lisa M. Lewis
30 Rockefeller Plaza
New York, New York 10012
Tel: 212.332.3800
Fax: 212.332.3888

RONALD LISSAK
*Pro Se*

By: _____
Ronald Lissak, Personally
68 West 87th Street
New York, New York 10024

Sworn to before me this
25th day of April, 2008

_____
Notary Public

JOHANNA E. HEINEMANN
Notary Public, State of New York
No. 01HE6079600
Qualified in New York County
Expires Aug. 20, 2010

Dated: April __, 2008

SO ORDERED.

_____
U.S.D.J.    4/28/08